# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCHIBALD CUNNINGHAM,**<br>Plaintiff,<br>vs.<br>**MARIA SCHOPP, ET AL.,**<br>Defendants. | CASE NO. 18-cv-05900-YGR<br><br>**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE**<br><br>Re: Dkt. No. 1 |

Plaintiff Archibald Cunningham was directed, by Order re Case Status issued September 24, 2018 (Dkt. No. 1), to pay the $400.00 filing fee in this case. As of the date of this Order, plaintiff has not done so.

Plaintiff Archibald Cunningham is directed to pay the $400.00 filing fee by no later than **October 24, 2018**. Failure to pay the filing fee by that date will result in dismissal for the above-entitled action without prejudice.

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**