# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCHIBALD CUNNINGHAM,** | CASE NO. 18-cv-05900-YGR |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| vs. | |
| **MARIA SCHOPP, ET AL.,** | |
| Defendants. | |

Plaintiff Archibald Cunningham was directed, by Order re Case Status issued September 24, 2018 (Dkt. No. 1), to pay the $400.00 filing fee in this case. The Court issued a second order directing plaintiff to pay the filing fee no later than October 24, 2018, and warning plaintiff that failure to do so would result in dismissal of this action. (Dkt. No. 6.)

Plaintiff Archibald Cunningham has not paid the fee as of this date. Therefore, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 31, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**