# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCHIBALD CUNNINGHAM,** | CASE NO. 18-cv-05900-YGR |
| Plaintiff, | **ORDER DENYING PERMISSION FOR ELECTRONIC FILING** |
| vs. | |
| **MARIA SCHOPP, ET AL.,** | |
| Defendants. | |

Plaintiff Archibald Cunningham has filed a motion for permission for electronic filing in this closed action. (Dkt. No. 12)

This action was dismissed without prejudice for failure to pay the required filing fee, and the case file was ordered closed, on October 31, 2018. (Dkt. No. 8.) The motion for permission to file electronically is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**